# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE INLAND EMPIRE LABOR MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, CONTRACT COMPLIANCE FUND, ADMINISTRATIVE MAINTENANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION. | CASE NO: 14-CV-01581 JGB (SPx)<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br>**JUDGMENT** |

1

888215

1

2

Plaintiffs,

v.

3

4

5

T S J ELECTRICAL &
COMMUNICATIONS, INC., a California
corporation, doing business as "MASTERS
ELECTRIC,"

6

Defendant.

7

8      This action having been commenced on July 31, 2014, and the Court having

9   approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the

10   Southern California IBEW-NECA Pension Plan, et al., and against defendant, T S J

11   Electrical & Communications, Inc., a California corporation doing business as

12   "Masters Electric" and for good cause shown,

13      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs,

14   Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the

15   Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles

16   County Electrical Educational and Training Trust Fund, Trustees of the Inland Empire

17   IBEW-NECA Health Trust, Trustees of the San Bernardino County Electrical

18   Education and Training Trust Fund, Trustees of the Riverside County Electrical Health

19   and Welfare Trust Fund, Trustees of the Riverside County Electrical Education and

20   Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the

21   Southern California IBEW-NECA Labor-Management Cooperation Committee,

22   Trustees of the Inland Empire Labor Management Cooperation Committee, Trustees

23   of the National IBEW-NECA Labor-Management Committee, Trustees of the

24   Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund,

25   Administrative Maintenance Fund, Contract Compliance Fund, and Los Angeles

26   Electrical Workers Credit Union, shall recover from defendant, T S J Electrical &

27   Communications, Inc., a California corporation doing business as "Masters Electric",

28   the principal amount of $57,389.19, together with pre-judgment and post-judgment

2

[PROPOSED] JUDGMENT

888215

1   interest at the rate of 8% per annum accruing from November 15, 2014, until the

2   judgment is paid in full.

3

4   DATED: __12/29/2014__          _____

5                                 UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[PROPOSED] JUDGMENT

888215